# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>OMAGINE, INC., *et al.*<br><br>*Debtors.* | Case No. 1:20-bk-10742-MEW<br>Chapter 11<br>(Jointly Administered with Case No. 1:20-bk-10743-MEW) |

**NOTICE OF WITHDRAWAL OF DEBTORS' AMENDED APPLICATIONS UNDER 11 U.S.C. §§ 327(a), 328(a), AND 1107(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF ROTBERT BUSINESS LAW P.C. AND BSA AL RASHDI & AL BARWANI ADVOCATES AS COUNSEL TO DEBTORS**

PLEASE TAKE NOTICE that Debtors hereby withdraw without prejudice their amended applications under 11 U.S.C. §§ 327(a), 328(a), and 1107(a) for entry of an order authorizing the employment of ROTBERT BUSINESS LAW P.C. (D.E. 63) and BSA AL RASHDI & AL BARWANI ADVOCATES (D.E. 64) as counsel to Debtors.

Debtors shall refile their amended applications for authorization to hire counsel consistent with the Court's direction, including in open court on August 27, 2020.

Dated: May 25, 2021

Respectfully Submitted,

**ROTBERT BUSINESS LAW P.C.**

By: /s/ Mitchell J. Rotbert
Mitchell J. Rotbert
Bar No. MR-0484
9059 Shady Grove Court
Gaithersburg, Maryland 20877
Phone: (240) 477-4778
Fax: (888) 913-2307
mitch@rotbertlaw.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this May 25, 2021, I caused a copy of the foregoing and its attachments to be delivered via U.S. Mail to all person required to receive notice, or their counsel, including the following:

Paul Schwartzberg
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Jeffrey A. Grossman
35 Rochelle Dr
New City, NY 10956

William Hanley
1720 Mayflower Ave 5B
Bronx, NY 10461

YAII PN, Ltd.
1012 Springfield Ave
Mountainside, NJ 07092

Louis J. Lombardo
449 Lighthouse Ave
Staten Island, NY 10306

Frank J. Drohan
171 Glen Eagle Cir
Naples, FL 34104

Charles P. Kuczynski
20 West 13th St
Bayonne, NJ 07002

Agron Telaku
220 East 63rd St
Apt. 4E
New York, NY 10065

Continental Stock Transfer & Trust Company
1 State St
30th Floor
New York, NY 10004

Martech Group, Inc.
372 Caswell Ave
Suite 1001
Staten Island, NY 10314

Edgar Agents, LLC (MDM)
105 White Oak Ln
Suite 104
Old Bridge, NJ 08857

Sichenzia Ross Ference, LLP
1185 Avenue of the Americas
37th Floor
New York, NY 10036

Empire Movers
808 E 139th St
Bronx, NY 10451

Peter Lawrence
19418 Sturgess Dr
Torrance, CA 90503

Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258

Pitney Bowes Purchase Power
P.O. Box 371896
Pittsburgh, PA 15250

St. George Investments LLC
303 East Wacker Dr
Suite 1040
Chicago, IL 60601

SMAT Corp.
4000 West Island Boulevard
No. 1102
Aventura, FL 33160

Robert J. Goldstine
33 Bordentown-Crosswicks Rd
P.O. Box 555
Crosswicks, NJ 08515

Michael T. Studer CPA PC
111 West Sunrise Hwy
Second Floor
East Freeport, NY 11520

Einstein Investments LLC
2415 E Camelback Rd
Suite 700
Phoenix, AZ 85016

Adar Bays, Inc.
3411 Indian Creek Dr
Suite 403
Miami Beach, FL 33140

Auctus Fund, LLC
545 Boylston St
Second Floor
Boston, MA 02116

EMA Financial LLC
40 Wall St
Suite 1700
New York, NY 10005

Robert L. Rosenthal
221-11 Kingsbury Ave
Oakland Gardens, NY 11364

Incorporate.com
(Company Corporation)
251 Little Falls Dr
Wilmington, DE 19808

Broadridge Financial Solutions Inc.
51 Mercedes Way
Edgewood, NY 11717

Tranzishen LLC
400 Fifth Ave, Apt 46A
New York, NY 10018

FedEx Corporation
942 South Shady Grove Rd
Memphis, TN 38120

BSA Al Rashdi & Al Barwani Advocates &
Legal Consultants
Office 510, Block 5, Al Assalah Towers,
Saud Bahwan Plaza
Sultan Qaboos Street, Al Ghubra South
PO Box 435 Muscat
Sultanate of Oman

Mohamed Khalifa Al-Sada
c/o Gulf Engineering & Tech Co.
PO Box 8960
Doha, Qatar

State of Delaware, Division of Corporations
PO Box 898
Dover, DE 19903

Pension Systems Corporation
5777 W Century Blvd., Ste 1110-209
Los Angeles, CA 90045

Regus
136 Madison Avenue, 6th Floor
New York, NY 10016

Edward and Linda Schneck
31 Guilford Ln
Hamilton Township, NJ 08619

Thomas R. Stein
400 East Ocean Avenue, #1
Boynton Beach, FL 33435

Ernst & Young LLP
841 Broadway
New York, NY 10003

DHL Express Inc.
16592 Collections Center Dr
Chicago, IL 60693

Callison-RTKL
233 Broadway
New York, NY 10279

Buro Happold Limited
100 Broadway
New York, NY 10005

  /s/ Mitchell J. Rotbert
Mitchell J. Rotbert
MR-0484